

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| VICTOR MANUEL GALLEGOS, | | No. 08-14-00274-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 7 |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20120C00778) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to reflect that Appellant entered a plea of not guilty. We therefore affirm the judgment of the trial court as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF DECEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.